Anthony Galano, III (AGIII 9950)
Richard P. Kaye (RK 2016)
Ellenoff Grossman & Schole LLP
150 East 42nd Street, 11th Floor
New York, New York 10017
(212) 370-1300
Attorneys for Defendant Citibank (South Dakota), N.A, incorrectly sued herein as "Citicorp Credit Services, Inc."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NGOZI A. JORDON,

                      Plaintiff,

                  - against -

CITICORP CREDIT SERVICES, INC., WEST
ASSET MANAGEMENT TRANSUNION, EXPERIEN
EQUIFAX,

                      Defendants.
-----------------------------------------------------------------X

08-CV-4922 (DAB)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Citibank (South Dakota), N.A, incorrectly sued herein as "Citicorp Credit Services, Inc."

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         July 2, 2008

                                      Respectfully submitted,
                                      ELLENOFF GROSSMAN & SCHOLE LLP
                                      Attorneys for Defendant Citibank (South Dakota),
                                      N.A, incorrectly sued herein as "Citicorp Credit
                                      Services, Inc."

                                      By:_____
                                      Anthony Galano, III, (AGIII 9950)
                                      Richard P. Kaye (RK 2016)
                                      150 East 42nd Street, 11th Floor
                                      New York, New York 10022
                                      (212) 370-1300

TO:   Shmuel Berel Klein, Esq.
      Law Office of Shumuel Klein, PC.
      268 Route 59 West
      Spring Valley, NY 10977
      (845)-425-7362