Anthony Galano, III (AGIII 9950)
Richard P. Kaye (RK 2016)
Ellenoff Grossman & Schole LLP
150 East 42nd Street, 11th Floor
New York, New York 10017
Attorneys for Defendant Citibank (South Dakota), N.A, incorrectly sued herein as "Citicorp Credit Services, Inc."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NGOZI A. JORDON,

                                                                          08-CV-4922 (DAB)

            Plaintiff,

- against -

CITICORP CREDIT SERVICES, INC., WEST
ASSET MANAGEMENT TRANSUNION, EXPERIEN
EQUIFAX,

            Defendants.
-----------------------------------------------------------------X

**CITIBANK (SOUTH DAKOTA), N.A.'s FED. R. CIV. P. 7.1(A)**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Citibank (South Dakota), N.A, incorrectly sued herein as "Citicorp Credit Services, Inc.." a non-governmental corporate party, is wholly owned by Citigroup Inc., a publicly held corporation. Furthermore, there is no publicly held corporation that owns ten (10%) percent or more of the stock of Citigroup Inc.

Dated: New York, New York
        July 2, 2008

                                      Respectfully submitted,
                                      ELLENOFF GROSSMAN & SCHOLE LLP
                                      Attorneys for Defendant Citibank (South Dakota),
                                      N.A, incorrectly sued herein as "Citicorp Credit
                                      Services, Inc."

                                      By: _____
                                      Anthony Galano, III, (AGIII 9950)
                                      Richard P. Kaye (RK 2016)
                                      150 East 42nd Street, 11th Floor
                                      New York, New York 10022
                                      (212) 370-1300

TO:   Shmuel Berel Klein, Esq.
      Law Office of Shmuel Klein, PC.
      268 Route 59 West
      Spring Valley, NY 10977
      (845)-425-7362