**WINNE, BANTA, HETHERINGTON,**
**BASRALIAN & KAHN, P.C.**
Michael J. Cohen, Esq. (MC6348)
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 487-3800
Attorneys for Defendant,
West Asset Management

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
NGOZI A. JORDAN,

                DOCKET NO: 08-cv-4922 (DAB)

        Plaintiff,

  -against-

                **NOTICE OF APPEARANCE**

CITICORP CREDIT SERVICES, INC.,
WEST ASSET MANAGEMENT
TRANSUNION, EXPERIEN, EQUIFAX,

        Defendants.
-------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of the defendant West Asset Management, improperly named as "West Asset Management Transunion."

    I hereby certify that I am admitted to practice in this court.

Dated: Hackensack, New Jersey
       July 25, 2008

                          s/ Michael J. Cohen
                          Michael J. Cohen (MC6348)
                          **WINNE, BANTA, HETHERINGTON**
                           **BASRALIAN & KAHN, P.C.**
                          21 Main Street
                          Court Plaza South
                          Hackensack, New Jersey 07601
                          (201) 487-3800 (ph)
                          (201) 487-8529 (fax)
                          *Attorneys for West Asset Management*

04415- 00004
66356v1

To:    Shmuel Berrel Klein, Esq.
Law Office of Shmuel Klein, P.C.
268 Route 59 West
Spring Valley, New York 10977
(845) 425-7362

Anthony Galano, III
Ellenoff Grossman & Schole, LLP
150 East 42nd Street, 11th Floor
New York, New York 10022
(212) 370-1300

04415- 00004
66356v1