UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
NGOZI A. JORDAN,

                      C.A. No: 08-Civ-4922

              Plaintiff,

   v.

CITICORP CREDIT SERVICES, INC., WEST    **CORPORATE DISCLOSURE**
ASSET MANAGEMENT, TRANSUNION,            **STATEMENT**
EXPERIAN, and EQUIFAX,

             Defendants.
-------------------------------------------------------------x

Trans Union LLC, a non-governmental corporate party, is wholly owned by TransUnion Corp. No part of Trans Union LLC or TransUnion Corp. is publicly held.

                                           KOGAN, TRICHON & WERTHEIMER, P.C.

                                           */s/ Timothy P. Creech*
                                           TIMOTHY P. CREECH
                                           1818 Market St., 30th Floor
                                           Philadelphia, PA 19103
                                           (215) 575-7618; Fax: (215) 575-7688
                                           E-mail: tcreech@mstkw.com
                                           *Counsel for Defendant,*
                                           *Trans Union LLC*

DATED:     July 28, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
NGOZI A. JORDAN,

                                                     C.A. No: 08-Civ-4922

                Plaintiff,

    v.

                                                 **CERTIFICATE OF SERVICE**

CITICORP CREDIT SERVICES, INC., WEST
ASSET MANAGEMENT, TRANSUNION,
EXPERIAN, and EQUIFAX,

                           Defendants.
-------------------------------------------------------------x

      TIMOTHY P. CREECH, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union LLC's Corporate Disclosure Statement to be sent on this date, *via* the Court's ECF Notice System, to the following:

Shmuel Berel Klein, Esq.  
Law Office of Shmuel Klein, PC  
268 Route 59 West  
Spring Valley, NY 10977  
845-425-2510; Fax: 845-425-7362  
Email: skleinatty@optimum.net  
*Counsel for Plaintiff*

Anthony Galano, III, Esq.  
Ellenoff Grossman & Schole LLP  
370 Lexington Avenue  
New York, NY 10017  
(212)-370-1300; Fax: (212)-370-0804  
Email: agalano@egsllp.com  
*Counsel for Citicorp Credit Services, Inc.*

Michael Jason Cohen, Esq.  
Winne, Banta, Hetherington, Basralian  
  & Kahn, P.C.  
Court Plaza South - East Wing  
21 Main Street, P.O. Box 647  
Hackensack, NJ 07601  
(201) 562-1088; Fax: (201) 487-8529  
Email: mcohen@winnebanta.com  
*Counsel for West Asset Management*

                                               */s/ Timothy P. Creech*  
                                               TIMOTHY P. CREECH

DATED:     July 28, 2008