UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ngozi A. Jordan,<br><br>    Plaintiff,<br><br>vs.<br><br>Citicorp Credit Services, Inc., INC., et al<br><br>    Defendants. | CASE No.: 08 Civ. 4922<br><br>ECF case |

## DEFENDANT EXPERIAN SOLUTIONS INC.'S RULE 7.1(A) DISCLOSURES

  The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

  1. Parent Companies: The parent company of Experian is Experian Group Limited. Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly held and traded on the London Stock Exchange.

  2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC
    (b) First American Real Estate Solutions II, LLC
    (c) Vehicle Title, LLC
    (d) Central Source LLC
    (e) Online Data Exchange LLC
    (f) New Management Services LLC
    (g) VantageScore Solutions LLC

- 2 -

3. Publicly Held Companies: The parent company of Experian, Experian Group Limited, is publicly held and traded on the London Stock Exchange.

Dated: New York, New York
      July 27, 2008

Respectfully submitted,

/s/ Michael D. Silberfarb
Michael D. Silberfarb (MS 9678)
JONES DAY
222 E. 41st Street
New York, NY 10017
Telephone: 212-326-3939
Facsimile: 212-755-7306
jhand@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN OF NEW YORK

    I hereby certify that on the 28 day of July, 2008, I caused a copy of Defendant Experian Information Solutions, Inc.'s Rule 7.1(a) Disclosures to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated:  New York, New York  
       July 28, 2008

Respectfully submitted,

 /s/ Michael D. Silberfarb  
Michael D. Silberfarb (MS 9678)  
JONES DAY  
222 E. 41st Street  
New York, NY  10017  
Telephone: 212-326-3939  
Facsimile: 212-755-7306  
msilberfarb@jonesday.com

Counsel for Defendant  
EXPERIAN INFORMATION SOLUTIONS, INC.