# WINNE, BANTA, HETHERINGTON, BASRALIAN & KAHN, P.C. COUNSELLORS AT LAW

ESTABLISHED 1922

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647
(201) 487-3800
FACSIMILE (201) 487-8529
(201) 525-9460

www.winnebanta.com

NEW YORK OFFICE
10 EAST 40TH STREET, SUITE 1308
NEW YORK, NEW YORK 10016
(212) 644-1710

ROBERT A. HETHERINGTON III
JOSEPH L. BASRALIAN+
ROBERT M. JACOBS
GERALD GOLDMAN+
GARY S. REDISH+
RICHARD R. KAHN+
THOMAS J. CANGIALOSI, JR.+
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
MARTIN J. DEVER, JR.+*
KENNETH K. LEHN ♦
SCOTT K. McCLAIN°
EDWARD P. D'ALESSIO+x
RICHARD D. WOLLOCH+
MICHAEL G. STINGONE°
CHRISTOPHER H. MINKS

PETER G. BANTA+
MATTHEW COHEN+
ARTHUR J. SIMPSON, JR. +Δ
DONALD W. DE CORDOVA
FRANK J. FRANZINO, JR.+
ELIZABETH EILENDER+*
COUNSEL TO THE FIRM

JACEY A. RAIMONDO
DOREEN E. WINN+
CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
ROMAN VACCARI+°
RITA R. MUNGIOLI+
MICHAEL J. COHEN+
MELISSA A. SAGER+
JOSEPH M. VIGLIOTTI

WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

♦ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
° MEMBER PENNSYLVANIA BAR ALSO
x MEMBER WASHINGTON, D.C. BAR ALSO
Δ CPA (NJ)

Email address:   mcohen@winnebanta.com
Direct Dial:     201-562-1088

**Via Overnight Delivery**

July 25, 2008

Hon. Deborah A. Batts, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

JUL 28 2008

Re:   Jordan v. Citicorp Credit Services, et al.
      Docket No. 08-cv-4922 (DAB)

Dear Judge Batts:

Defendants West Asset Management (improperly named as West Asset Management Transunion) and Citibank (South Dakota), N.A. (improperly named as Citicorp Credit Services) write jointly to request a 30-day extension to Answer or otherwise respond to the Complaint. West and Citicorp make this request because the parties are presently in the midst of settlement negotiations and are optimistic that this matter will be resolved within this requested 30 day time period.

West and Citicorp's time to Answer or otherwise move in response to the Complaint presently expires on July 28, 2008. No prior requests have been made for such an extension. Plaintiff's counsel has consented to this extension. If this matter does not settle, and defendants' request is granted, the new date for filing an Answer or other respond to the Complaint would be August 27, 2008. Accordingly, West and Citicorp respectfully request that a 30 day extension be granted.

GRANTED /DAB/

Respectfully submitted,

Michael J. Cohen

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

04415-00004
66351v1