# LAW OFFICE OF SHMUEL KLEIN, PC
## ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| 268 WEST ROUTE 59 | 113 CEDARHILL AVE. |
| SPRING VALLEY, NY 10977 | MAHWAH, NJ 07430 |
| 845-425-2510 | 201-529-3411 |
| TELEFAX 845-425-7362 | ADMITTED IN NM*, NJ, NY*, NOTX* |
| EMAIL: SHMUEL.KLEIN@VERIZON.NET | *FEDERAL COURTS ONLY |

August 26, 2008

Honorable Deborah Batts
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007


Re: Jordan vs. Citicorp Credit Services, Inc. et al.
Case No. 08-cv-4922

Dear Hon. Deborah Batts,

Please be advised that we have settled with the major defendants in the above referenced case. Therefore, we are requesting a thirty day extension of the requirement to file a scheduling order because we believe the case will be settled.

Yours truly,

____/s/_____
Shmuel Klein

Cc: Allison Cannizaro, Attorney for West Asset and Citicorp
Timothy Creech, Attorney for TransUnion
Michael Silberfarb, Attorney for Experian
King & Spalding, Attorney for Equifax