# WINNE, BANTA, HETHERINGTON,
## BASRALIAN &
## KAHN, P.C. COUNSELLORS AT LAW

ESTABLISHED 1922

COURT PLAZA SOUTH – EAST  WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647
(201) 487-3800
FACSIMILE (201) 487-8529
(201) 525-9460

www.winnebanta.com

NEW YORK OFFICE
10 EAST 40TH STREET, SUITE 1308
NEW YORK, NEW YORK 10016
(212) 644-1710

ROBERT A. HETHERINGTON III
JOSEPH L. BASRALIAN +
ROBERT M. JACOBS
GERALD GOLDMAN +
GARY S. REDISH +
RICHARD R. KAHN +
THOMAS J. CANGIALOSI, JR. +
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
MARTIN J. DEVER, JR. + *
KENNETH K. LEHN •
SCOTT K. McCLAIN°
EDWARD P. D'ALESSIO + x
RICHARD D. WOLLOCH +
MICHAEL G. STINGONE°
CHRISTOPHER H. MINKS

PETER G. BANTA +
MATTHEW COHEN +
ARTHUR J. SIMPSON, JR. + Δ
DONALD W. DE CORDOVA
FRANK J. FRANZINO, JR. +
ELIZABETH EILENDER + *
COUNSEL TO THE FIRM

JACEY A. RAIMONDO
DOREEN E. WINN +
CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
ROMAN VACCARI + °
RITA R. MUNGIOLI +
MICHAEL J. COHEN +
MELISSA A. SAGER +
JOSEPH M. VIGLIOTTI

WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

• CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+ MEMBER NEW YORK BAR ALSO
* MEMBER CONNECTICUT BAR ALSO
° MEMBER PENNSYLVANIA BAR ALSO
x MEMBER WASHINGTON, D.C. BAR ALSO
Δ CPA (NJ)

Email address:   mcohen@winnebanta.com
Direct Dial:      201-562-1088

**Via Overnight Mail**

August 27, 2008

Hon. Deborah A. Batts, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

MEMO ENDORSED

AUG 2 8 2008

Re:    Jordan v. Citicorp Credit Services, et al.
       Docket No. 08-cv-4922 (DAB)

Dear Judge Batts:

       This firm serves as local counsel for defendant, West Asset Management (improperly named as West Asset Management Transunion).  I write to respectfully request an additional 15-day extension to answer or otherwise respond to the complaint.  If granted, this application would be West's second request for an extension of time.  I made a prior request for a 30-day extension on July 25th, which Your Honor granted on July 26, 2008.  As was the case with my prior application, the parties are in the process of settling the case and require some additional time to finalize all settlement-related documents.  As Your Honor can see from my adversary's letter to the Court of even date, finalization of the settlement in this matter is imminent (see Document 15 on the e-docket).  If granted, West's answer would be due on Friday, September 11, 2008.

GRANTED
/DAB/

MEMO ENDORSED

Respectfully submitted,

Michael J. Cohen

cc:    Via Facsimile
       Anthony Galano, III, Esq., Attorney for Citicorp
       Timothy Creech, Esq., Attorney for TransUnion
       Michael Silberfarb, Esq., Attorney for Experian
       Shmuel Klein, Esq., Attorney for Plaintiff

**SO ORDERED**

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
Aug 28 2008

04415- 00004
68990v1