UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NGOZI A. JORDAN, | |
| Plaintiff, | CASE NO. 08 CIV 4922 |
| vs. | |
| CITICORP CREDIT SERVICES, INC., WEST ASSET MANAGEMENT, TRANSUNION, EXPERIAN EQUIFAX | |
| Defendants. | ELECTRONICALLY FILED |

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, NGOZI A. JORDAN against Defendant EQUIFAX INFORMATION SERVICES LLC only, and the same hereby are, DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 14th day of April, 2009.

Deborah A. Batts
UNITED STATES DISTRICT COURT JUDGE